# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SENNER,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE et al.,<br><br>Defendants. | No. 8:25-cv-01723-CBM (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.    The Report and Recommendation is accepted.

2.    Plaintiff's First Amended Complaint is DISMISSED without leave to amend.

Date: May 15, 2026

CONSUELO B. MARSHALL
United States District Judge