JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| MICHAEL SENNER, <br><br> Plaintiff, <br><br> v. <br><br> ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE et al., <br><br> Defendants. | Case No. 8:25-cv-01723-CBM-DFM <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     Plaintiff's First Amended Complaint is DISMISSED without leave to amend.

2.     This action is DISMISSED with prejudice.

Date: May 15, 2026

CONSUELO B. MARSHALL
United States District Judge